# File Hashes for IP Address 99.56.9.126

**ISP:** AT&T U-verse
**Physical Location:** Mundelein, IL

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/07/2015 18:41:01 | F56A01327983C3AEA2B5A123B04CC2158E49616D | Freckle Faced Fox |
| 02/13/2015 20:06:24 | 7E14CD0F24C5F16C12489E6608DDED3B6C5EDA69 | The Studio Part #2 |
| 02/13/2015 04:19:01 | 2A4D7C0AB461F59DD1C2844E46EC241A16C3560A | Sapphically Sexy |
| 02/13/2015 03:47:41 | F63B9A8A34DA8A1B03BE19ED02D2B72E5D0B795B | Forever You Part #2 |
| 02/13/2015 03:20:16 | 6FAF4A8BF87E7F22CFC548553F31BD7882C671A1 | Do Me Darling |
| 02/13/2015 03:10:41 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 02/13/2015 02:21:59 | 24F71D7670C038B1160526A498B0332A98A21F6F | Fashion Models Are Bisexual |
| 02/13/2015 02:12:39 | 7B3BD6CB04B4820C3BB3A3716B5B55F02FB89EBF | Cum In Get Wet |
| 02/13/2015 02:01:22 | 7CC474D24FB57785E1B230581C0E19B7E5F523C9 | Tease Me Please Me |
| 02/13/2015 01:59:25 | 12B76BF13332DBEC6021E05DADF0B89BF7649CDF | Enjoy My Backdoor |
| 02/13/2015 01:41:27 | 1F668B320D01029169A05DB8B5F2CAAE2810457A | Those Beautiful Lips |
| 02/13/2015 01:12:54 | D718C9CE49154498DDE9969FAB4B7141A997905A | Strawberry Morning |
| 02/13/2015 01:07:14 | A7428806B93EDEDBA6EB086617C5124E87071ECE | In The Mirror |
| 02/13/2015 00:16:16 | 0347929AE05946BE63640B27F662F017B8C5EB5D | Super Cutie |
| 02/13/2015 00:03:21 | 43DB112C989B59EFF3B7ABE2009CC45DF7861D4F | Competition |
| 02/12/2015 22:40:02 | F8A9DAC7C33C4AB13A7B190771B3B3537484270F | Back For More |
| 09/09/2014 22:31:17 | 372784BFE4B0079698397A92B3BF24F05A42A2BE | Bedtime Hijinks |
| 09/09/2014 22:26:23 | 6F0C35345F672E9AF659B52026CF6099D2FB827E | Yours Forever |
| 09/09/2014 21:51:23 | 3846D41A857AE89FAD317B39A5B69BE7C854F344 | Lonesome Without You |
| 09/09/2014 21:49:13 | DDC802637026C75E45432E7A031AFC944B3E3DBD | Meet My Lover From Austria |
| 09/09/2014 21:40:58 | 219F3C676427D47A0AFD296992A3DBEBEC81068C | Highrise Rendezvous |
| 09/09/2014 21:40:13 | 82FAC802D1BAC7FFD6DF04D2BF87B0C47978A616 | Angelica means Angel |

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/09/2014 21:05:38 | 1D7EBB28EBBAA7246C24D1D1A41AB305296DA7CB | Coming Late |
| 09/09/2014 21:02:18 | 5331578B2992A448ABD6A283DDEF6639C654F7CB | Precious Metal |
| 09/09/2014 20:41:55 | 5AD7B95FFA75C4606F63B6E16A793974AC0B7567 | Knock On My Door |
| 09/09/2014 20:10:37 | 83CA6D53AA3BF1F4E69C0CA7073D885B1A48531E | Au Paradis |
| 09/09/2014 19:45:38 | F3CB1E97E667A556FF06A56BB1B045D7BA9CC031 | Russian Connection |
| 09/09/2014 19:36:43 | 44AEFA837506C9B97DA78F3F05A086D90BDD979C | Remembering Strawberry Wine |
| 09/09/2014 19:14:50 | 16C9CAA6A4BD8C48477B3DDE6D6CBA7DFCA25AB9 | They Seem so Sweet |
| 09/04/2014 19:11:04 | 117D65D4DBD4C21C6714659833D9FB7288C40511 | Come Inside From the Cold |
| 09/04/2014 18:59:07 | 5B41CDDCE3334D93A12694242177F79B1063A2D1 | Black On White |
| 09/04/2014 17:20:30 | 655B828DE4F2721CB8A092CE8CE184D2307E5A88 | Epic Love |
| 09/04/2014 16:27:48 | 8340BF3C663FF73A4EDC757355B795B742BFD010 | Private Time |
| 09/04/2014 15:18:33 | FE904029C424E334430C3E5C096F2EFF75B414B0 | Blindfold Me Baby |
| 09/04/2014 03:59:30 | 063555266A7E5A50E2A38248CE93E4379FBBFC51 | Sex With Glasses |
| 09/04/2014 03:08:45 | FD9B3A713AD83F75D65C4D116C4DC487A85631B1 | A Thought Of You |
| 09/04/2014 00:02:03 | 4129470AF1E8A5390B0B5084F5ABA977B8BAC2D9 | Digital Love |
| 09/03/2014 19:45:25 | D3E64844B53384FC1F9053BD556B81CA3174B311 | Cut Once More Please |
| 09/03/2014 19:01:48 | 11B5B13185A81F2494A67D1A109611A84AAB9D8B | All About Anna |
| 09/03/2014 18:13:21 | 16785D3E83A86C0E8A997EB4823D510FDB074B2C | Afterthoughts |
| 09/03/2014 17:45:30 | E48E0D4DB85E75BE7B3C6D7BE91107F74DB1FF91 | Tiffanys Tight Ass |
| 06/05/2014 22:25:33 | 864E24825409126D2D5E60786CC439FBC06B3C3D | From Three to Four Part 2 |
| 05/07/2014 20:29:56 | 725D3B3E138E18192CFB132D0B0F34D14CB9881F | A Little Time For Myself |
| 05/07/2014 20:27:24 | 76169E2AB9D8D99212A0C9464C9499A135C08DB4 | Risky Business |
| 05/07/2014 20:14:02 | B28BCDAA4909E7E2BA91EE2A7A60C8BFF32F37F3 | Surprise Surprise |
| 05/07/2014 20:05:14 | CE41D8EC106EDF876C0E0AE359758B80B86A8158 | A Hot Number |

**Total Statutory Claims Against Defendant: 46**

EXHIBIT A

NIL720